KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re:<br>ANDREW JAMES MOLEFF<br>JANETTE POULSEN MOLEFF<br>    Debtors. | Chapter 7<br>Bankruptcy No. 10-34496 |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92007531375366.

3. The amounts are as follows:

| | |
|---|---|
| Salem City<br>30 West 100 South<br>P.O. Box 901<br>Salem UT 84653 | $ 0.26 |
| Bonneville Collections<br>P.O. Box 150621<br>Ogden, Utah 84415 | $ 0.94 |
| J. Duke Edwards<br>4625 South 2300 North, Ste 206<br>Salt Lake City, Utah 84117 | $ 2.33 |
| FIA Card Services, NA as successor to<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive DE5-023-03-03<br>Newark DE 19713 | $ 4.66 |
| RC Willey Home Furnishings<br>Attn: Bankruptcy<br>P.O. Box 65320<br>Salt Lake City, Utah 84165 | $ 2.21 |

4

| | |
|---|---|
| CR Evergreen, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle WA 98111 | $ 4.67 |
| Capital One Bank (USA), N.A.<br>by American Infosource LP As Agent<br>P.O. Box71083<br>Charlotte NC 28272-1083 | $ 0.93 |
| Capital One Bank (USA), N.A.<br>by American Infosource LP as Agent<br>P.O. Box 71083<br>Charlotte NC 28272-1083 | $ 1.82 |
| US Dept. Of Education<br>Attn: Barrower's Service Dept.<br>P.O. Box 5609<br>Greenville TX 75403 | $3.58 |
| Sprint Nextel<br>Attn: Bankruptcy Dept.<br>P.O. Box 7949<br>Overland Park KS 66207-0949 | $ 0.67 |
| Nebo Credit Union<br>1620 North Main Street<br>Spanish Fork UT 84660 | $ 1.36 |
| CANDICA L.L.C.<br>C/O Weinstein & Riley, PS<br>2001 Western Ave. Suite 400<br>Seattle WA 98121 | $ 1.06 |
| Sprint Nextel Distribution<br>Attn: Bankruptcy Dept.<br>P.O. Box 3326<br>Englewood CO 80155-3326 | $ 0.21 |
| American Express Bank FSB<br>C/O Becket & Lee, LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | $ 1.26 |
| Knight Adjustment Bureau<br>404 E. 4500 S., Suite A-34<br>Salt Lake City, Utah 84107 | $ 1.47 |
| RC Willey Home Furnishings<br>Attn: Bankruptcy<br>P.O. Box 65320<br>Salt Lake City, Utah 84165 | $ 2.21 |

4. A check in the amount of $29.64, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this __15__ day of __October__, 2011.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this __15__ day of __October_____, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____